UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOHN R. DURSO, *et al.*, Plaintiffs, -v- ARIMERBEN CO., *d/b/a Murray's Sturgeon Shop*, Defendant. | : | 26 Civ. 4737 (JPC) <br> ORDER |

JOHN P. CRONAN, United States District Judge:

On June 17, 2026, Plaintiffs served Defendant with copies of the Summons and Complaint. Dkt. 6. Defendant's deadline to respond to the Complaint was thus July 8, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until two weeks from the date that Plaintiffs file on the docket proof that it has served Defendant with this Order.

Plaintiffs shall serve this Order on Defendant by personally delivering it to, and leaving it with a person of suitable age and discretion at, the address associated with Defendant on the New York Secretary of State's website—2429 Broadway, New York, NY 10024—as well as any other addresses associated with Defendant that may be known to Plaintiffs. Plaintiffs shall file proof of such service no later than August 31, 2026.

If Defendant then fails to respond to the Complaint within two weeks of the filing of proof of service, Plaintiffs may seek a Certificate of Default against Defendant after following Section 3.D of the undersigned's Individual Rules and Practices in Civil Cases, which the Court notes Plaintiffs failed to follow by immediately seeking a Certificate of Default on August 21, 2026. Dkts. 7-8.

SO ORDERED.

Dated: August 24, 2026
New York, New York

JOHN P. CRONAN
United States District Judge