UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN R. DURSO, *et al.*,<br><br>Plaintiffs,<br><br>-v-<br><br>ARIMERBEN CO., *d/b/a Murray's Sturgeon Shop*,<br><br>Defendant. | 26 Civ. 4737 (JPC)<br><br>ORDER |

JOHN P. CRONAN, United States District Judge:

Plaintiffs initiated this case by filing a Complaint on June 4, 2026. Dkt. 1. According to an Affidavit of Service filed on the docket, on June 17, 2026, Plaintiffs served Defendant with copies of the Summons and Complaint via the New York Secretary of State. Dkt. 6. Defendant's deadline to respond to the Complaint was thus July 8, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). When that deadline passed without Defendant responding or appearing, the Court issued an order (i) extending the deadline *sua sponte*; (ii) compelling Plaintiffs to personally serve that order on Defendant at its address (2429 Broadway, New York, NY 10024); and (iii) explaining that Defendant's new deadline to respond to the Complaint would be "two weeks from the date that Plaintiffs file[d] on the docket proof of such service." Dkt. 9.

On August 31, 2026, Plaintiffs filed an affidavit from a process server who purports to have served Defendant by delivering "within ORDER" to a "JOHN DOE." Dkt. 10. The affiant's description of the service on this individual, and why the affiant concluded that this person was authorized to accept service, is hard to understand. The affiant wrote: "By delivering thereat a true copy of each to 'JOHN DOE' refused name personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described

in said aforementioned document and knew said individual to be General Agent, Auth to Accept thereof." *Id.* Before seeking a Certificate of Default, Plaintiff must file a supplemental affidavit from the process server explaining clearly to whom he served documents, what documents he served on that individual, and why he had reason to believe that this individual was authorized to accept service for Defendant. Plaintiff shall file the supplemental affidavit no later than October 16, 2026.

SO ORDERED.

Dated: September 17, 2026
New York, New York

JOHN P. CRONAN
United States District Judge