CHRISTOPHER P. O'HARA
DENIS A. ENGEL
JOHN S. GROARKE*
MICHAEL D. BOSSO
STEVEN C. FARKAS**
PATRICIA L. BOLAND

WALTER M. COLLERAN (1912-1998)
RICHARD L. O'HARA (1929-2023)
JOHN F. MILLS (1939-2003)
EDWARD J. GROARKE (RETIRED)
CAROL O'ROURKE PENNINGTON (RETIRED)
* ALSO ADMITTED IN NEW JERSEY
** ALSO ADMITTED IN WASHINGTON, D.C.
*** ALSO ADMITTED IN NEW JERSEY AND CONNECTICUT

Colleran & O'Hara & Mills L.L.P.

THOMAS P. KEANE***
SABRINA K. BEKIOS+
NICHOLAS A. LYNAUGH
DARSHNIE M. AYBAR ABREU
JADE L MORRISON*
JACKALYN GONZALEZ
CONOR A. CARMAN
GLENN A. KREBS ++

PARALEGALS
LAURA A. HARRINGTON
KRISTINE M. MURPHY
LILLY PIAZZA
DAOMINE R. ZAMILUS
AMANDA SNYDER
RICHARD L. O'HARA IV
AVA MOORE

\+ AWAITING ADMISSION
++ OF COUNSEL

November 16, 2026

**VIA ECF & E-Mail: CronanNYSDChambers@nysd.uscourts.gov**
**& Meghan_Henrich@nysd.uscourts.gov**
Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, New York 10007

**Re: Durso et al v. Arimerben Co., Inc.**
**Civil Action No.: 1:26-cv-04737 (JPC)**

Dear Honorable Cronan,

We represent Plaintiffs, John R. Durso, *et al.*, in the above-referenced action. It has come to our attention that Dkt No. 27-2, filed on November 13, 2026, containing full Social Security numbers was mistakenly filed without having first redacted this information.

This was an unfortunate oversight and was not done deliberately. We ask that Your Honor allow Plaintiffs to file a redacted version of this document and permit the clerk to remove the offending document from the electronic docket. This office will also file an unredacted version with the Court under seal pursuant to Federal Rule of Civil Procedure 5.2.

This office has contacted the ECF help desk and has placed a temporary seal until Your Honor has decided on this Motion.

Plaintiffs thank the Court for its attention to this matter.

The request is granted because of the need "to protect personally identifying information such as . . . social security numbers." *Brown v. Maxwell*, 929 F.3d 41, 48 n.22 (2d Cir. 2019). The Clerk of Court is respectfully directed to strike Docket Number 27-2 and close the motion pending at Docket Number 29.
SO ORDERED.
November 16, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

Very truly yours,

COLLERAN, O'HARA & MILLS L.L.P.

By: */s/ Jade L. Morrison*
JADE L. MORRISON, ESQ.

**VIA ECF and FIRST-CLASS MAIL:**
ARIMERBEN CO., INC. d/b/a MURRAY'S STURGEON SHOP
2429 Broadway
New York, New York 10024

3388B-0002